**Electronically Filed
Supreme Court
SCWC-10-0000085
12-APR-2012
01:30 PM**

NO. SCWC-10-0000085

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

KAREN A. OSHIRO, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000085; CR. NO. 1P109-12182)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Ahn, in place of Duffy, J., recused)

Petitioner/Defendant-Appellant Karen A. Oshiro's

application for writ of certiorari, filed February 28, 2012, is

hereby rejected.

DATED:    Honolulu, Hawaiʻi, April 12, 2012.

Ivy Y.E. Kim,                        /s/ Mark E. Recktenwald
Deputy Public Defender,
on the Application for               /s/ Paula A. Nakayama
Petitioner/Defendant-Appellant.
                                     /s/ Simeon R. Acoba, Jr.

                                     /s/ Sabrina S. McKenna

                                     /s/ Karen S.S. Ahn

